837-15

# ELECTRONIC RECORD

COA #  05-14-01203-CR      OFFENSE:  49.04

STYLE:  Mark Patrick Fibranz v. The State of Texas      COUNTY:  Dallas

COA DISPOSITION:  AFFIRMED      TRIAL COURT:  County Criminal Court No. 8

DATE: 06/10/15      Publish: NO      TC CASE #:  M12-36516

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Mark Patrick Fibranz v. The State of Texas      CCA #:  837-15

_APPELLANT'S_ Petition FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _10/14/2015_

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

------------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**